# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:13CV303 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **$300,000.00 in United States Currency,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's motion to continue trial (Filing No. 16). The motion is granted. Trial of this case is rescheduled before a visiting Article III judge and a jury in Courtroom No. 1, Roman L. Hruska U.S. Courthouse, Fourth Floor, 111 South 18th Plaza, Omaha, Nebraska, commencing at **8:30 a.m. on Monday, June 9, 2014.**

**IT IS SO ORDERED.**

DATED this 11th day of April, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge