IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:13CV303 |
| vs. | | |
| | | **STIPULATION FOR DISMISSAL** |
| $300,000.00 IN UNITED STATES CURRENCY, | | |
| Defendant. | | |

COME NOW the Plaintiff, United States of America, the Defendant property, and the

Claimant, Kevin G. Jackowiak, all by and through counsel, and, pursuant to Fed. R. Civ. P

41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this action, with prejudice.

UNITED STATES OF AMERICA,
Plaintiff

DEBORAH R. GILG
United States Attorney

*s/Nancy A. Svoboda*

DATED:   __June 4, 2014__          By:   _____

NANCY A. SVOBODA  (# 17429)
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska  68102-1506
(402) 661-3700
nancy.svoboda@usdoj.gov

$300,000.00 IN UNITED STATES
CURRENCY, Defendant, and
KEVIN G. JACKOWIAK, Claimant


DATED: June 4, 2014            By:     *s/Sean J. Brennan*
                                       SEAN J. BRENNAN (# 15841)
                                       Attorney at Law
                                       Suite 340, The Apothecary
                                       140 North 8th Street
                                       Lincoln, Nebraska  68508
                                       402-441-4848
                                       sean@brennannielsenlaw.com


## CERTIFICATE OF SERVICE

I hereby certify on June 4, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


                                       *s/Nancy A. Svoboda*
                                       NANCY A. SVOBODA
                                       Assistant United States Attorney